395 A.2d 998

Spellacy, Appellant, v. Tri–County Hospital.

Argued September 12, 1978.   Edward Gerard Conroy, for appellant;  Andrew S. Price, for appellee.

Before PRICE, HESTER and HOFFMAN, JJ.

Order affirmed.

HESTER, J., dissented.

395 A.2d 999

Standard Builders, Inc., Appellant, v. Snyder.

Julius Snyder Co. v. Standard Builders, Inc., Appellant.

Argued September 14, 1978.  P. Stephen Lerario, for appellant;  D. Rasner, with him Samuel T. Kaplan, for appellees.

Before CERCONE, SPAETH and LIPEZ, JJ.

Order affirmed.